DAVID CONRAD 18317-424    DEONTE SPICER REG#35679-007  JAMES LEE
UNITED STATES PENITENTIARY    UNITED STATES PENITENTIARY    27108-038
PO BOX 3900    PO BOX 3900    UNITED STATES PENITENTIARY
ADELANTO CA 92301    ADELANTO CA 92301    PO BOX 3900
* WROTE COMPLAINT    ADELANTO CA 92301

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DAVID E. CONRAD
DEONTE SPICER
JAMES  LEE
                    PLAINTIFF'S

            V

JOHN DOE #2
F. RUTLEDGE
D. SHINN
JOHN DOE #1
J. BUNSOLD
D. DEGOEY
E. VELEZ
. MORENO
C. HERRERA
                    DEFENDANT'S

SUED IN THERE INDIVIDUALL
AND OFFICIAL CAPACITIES.

CLASS ACTION CIVIL
ACTION/COMPLAINT
UNDER BIVENS (EMERGENCY
REVIEW REQUESTED DUE
TO HEALTH AND HARM OF
PLAINTIFFS *)

CASE No:
ED CV17-00770-JGB(DFM)




RECEIVED
CLERK, U.S. DISTRICT COURT
APR 19 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

DAVID CONRAD  DC  [signature]                    COMPLAINT
                                                PAGE - 1

# I. JURISDICTION
## AND
## VENUE

1. THIS PRO SE CLASS ACTION COMPLAINT IS BROUGHT UNDER BIVENS TO REDRESS THE DEPRIVATION, UNDER THE COLOR OF LAW OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THIS COURT HAS THE JURISDICTION UNDER 28 U.S.C SECTION 1331 AND 1343 (a) (3). THIS CLASS ACTION COMPLAINT IS AUTHORIZED UNDER RULE 23 (a) OF TITLE 28 OF THE U.S.C. THE PLAINTIFF'S ALL SEEK DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202. PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 2283 AND 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE. AS WELL AS THE PLAINTIFF'S T.R.O. REQUEST'S. VIOLATION OF CA STATE CODE 845.7 IS ALSO INCLUDED IN THIS COMPLAINT.

2. THE CENTRAL DISTRICT OF CALIFORNIA IS THE APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391 (b) (2) BECAUSE IT IS THE JURISDICTION WHERE THE EVENT'S GIVING RISE TO THIS COMPLAINT OCCURRED.                PAGE 2

DC

THE EVENTS OCCURED IN VICTORVILLE U.S.P. IN ADELANTO CA. 92301. A B.O.P. FEDERAL PRISON COMPLEX. ALL THE PLAINTIFF'S ARE IN SEGREGATION OR S.H.U. DAVID CONRAD AND JAMES LEE ARE IN ADMINISTRATIVE SEGREGATION AS IT IS NOT SAFE TO THERE WELL BEING TO BE RELEASED INTO POUPULATION DUE TO COMING TO VICTORVILLE USP FROM "GANGFREE U.S.P.'S" OR "PC" USP'S. THEY WOULD BE HARMED OR KILLED AT U.S.P. VICTORVILLE. PLAINTIFF DEONTE SPILER IS IN SEGREGATION FOR PUNISHMENT DUE TO REFUSING AN ORDER AND OTHER CHARGE'S HE GOT AFTER BEING BEAT BY GUARDS IN POUPULATION AND IN S.H.U. IN VICTORVILLE U.S.P. PLAINTIFF DAVID CONRAD AND JAMES LEE BOTH TRANSFERED TO VICTORVILLE IN RETALIATION FOR MAKING COMPLAINT'S ABOUT THERE CARE. PLAINTIFF'S LEE AND CONRAD HAVE HAD "CARE LEVEL" CHANGE'S AND FAULSE RECORD'S MADE TO GET THEM TO VICTORVILLE U.S.P. PLAINTIFF CONRAD HAS 19 POINTS AND IS A MEDIUM, CARE LEVEL 3 INMATE WHO SHOULD NOT LEGALY BE ON A U.S.P. LEVEL PRISON. IT IS NOT LEGAL TO HOUSE HIM AT THIS PRISON.

PAGE 3

D.C

PLAINTIFF CONRAD WAS "TRANSFERED"
TO A DIFFRENT PRISON INTO ATYPICAL HARDSHIP
AFTER GETING A VISIT BY HIS LAWYER WHERE
LAWYER LINDA SHEFFIELD TOLD MEDICAL PERSONAL
"THEY WERE ALL BEING TAKEN TO COUNT "OVER
THE CONDITION OF DAVID CONRAD. ONE WEEK
LATER PLAINTIFF CONRAD WAS SENT WITH
19 POINT'S TO ONE OF THE MOST DANGEROUS
PRISON'S IN THE U.S.A. WHERE INMATES
WERE TOLD IN ADVANCE TO THE PLAINTIFF'S
CONRAD'S ARIVAL. PLAINTIFF CONRAD WAS TO
BE ALLOWED INTO G.P. SO HE COULD BE KILLED.
PLAINTIFF JAME'S LEE WAS TOLD BY THE SAME
PRISON GANG TO STAB AND KILL ANOTHER INMATE.
JAME'S LEE HAS "MS" IS BLIND IN ONE EYE
AND HAS AROUND A YEAR LEFT IN HIS SENTENCE.
HE REQUESTED ADMINISTRATIVE SEGREGATION AS
HE WOULD BE KILLED IF HE DID NOT COMPLEAT
THIS "MISSION". PLAINTIFF CONRAD WAS PUT
BY STAFF AHEAD OF TIME INTO THE UNIT AND
ROOM OF THE GANG LEADER CALLING AND ORDERING
THESE HIT'S. THIS WAS NOT THE FAULT OF
CONRAD'S REGULAR "UNIT TEAM".

DC.

PAGE 4

# II. PLAINTIFF'S

3. PLAINTIFF, DAVID EARL CONRAD REG# 18317-424 IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE F.B.O.P. FEDERAL PRISON SYSTEM AND IS CONFINED IN VICTORVILLE U.S.P. IN ADELANTO, CA 92301.

4. PLAINTIFF DEONTE SPICER REG#35679-007 IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE F.B.O.P FEDERAL PRISON SYSTEM AND IS CONFINED IN VICTORVILLE U.S.P IN ADELANTO, CA 92301.

5. PLAINTIFF JAMES LEE REG#27108-038 IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE F.B.O.P FEDERAL PRISON SYSTEM AND IS CONFINED IN VICTORVILLE U.S.P IN ADELANTO, CA 92301.

AND

FUTURE PLAINTIFFS ALONG WITH ALL OTHER PLAINTIFF'S ANY UNKNOWN OR UNNAMED PERSONS BEING DENIED MEDICAL CARE, BEING ABUSED, OR IN DEPRIVATION OF THERE RIGHT'S IN VICTORVILLE U.S.P, ADELANTO CA. 92301

PAGE 5

D.C.

## III. DEFENDANT'S

6. DEFENDANT "JANE DOE" IS A NURSE AND THE ONLY MEDICAL PERSON THAT PLAINTIFF SPILEN SAW AT VICTORVALLY HOSPITAL IN CA. DEFENDANT "JANE DOE'S" NAME IS WITHHELD FROM US AS INMATE'S BUT AFTER SPILEN WAS BEATEN BY GUARD'S SO BAD AS TO BE IN A WHEELCHAIR AT VICTORVILLE U.S.P. DEFENDANT JANE DOE DID NOT GET THE PLAINTIFF CARE OR A DOCTOR EVEN AS HE WAS IN EXTREME PAIN AND ALLOWED PLAINTIFF SPILEN TO BE SIGNED OUT BY GUARD'S AGAINST HIS WILL AND WITHOUT CARE. IN VIOLATION OF CA CODE 845.7 THAT SAY'S OUTSIDE PROVIDER'S ARE LIABLE WHEN THEY DON'T GET NEEDED CARE TO AN FEDERAL INMATE. HER NAME IS ON HOSPITAL AND MEDICAL RECORD BUT KEPT FROM THE PLAINTIFF'S. ON           DATE PLAINTIFF SPILEN SAW THE DEFENDANT FOR CARE AT VICTORVALLY HOSPITAL. VICTORVALLY HOSPITAL IS A LOCATION VICTORVILLE U.S.P SEND'S INMATES WHO NEED EXTRA EMEGENCY CARE, THEY HAVE "TIES" TO THE FEDERAL GOVERNMENT. JANE DOE IS DEFENDANT ONE.

DC

7. DEFENDANT F. RUTLEDGE IS THE M.D. OR DOCTOR AT VICTORVILLE U.S.P. IN ADELANTO CA. HE IS LEGALLY RESPONSIBLE FOR THE OVERALL HEALTH AND WELLFARE OF THE PLAINTIFF'S ALONG WITH MEDICATION. #2 DEFENDANT

8. DEFENDANT D. SHINN IS THE WARDEN OF U.S.P. VICTORVILLE IN ADELANTO CA. HE IS RESPONSIBLE FOR THE DAY TO DAY OPERATION OF U.S.P VICTORVILLE AND FOR THE WELLFAIR OF ALL THE INMATES AT SAID PRISON. DEFENDANT #3.

9. DEFENDANT J. BUNSOLO IS A C.O./ U.A. OFFICER AT U.S.P. VICTORVILLE. HE IS DEFENDANT #4 ALSO AT ADELANTO CA.

10. DEFENDANT D. DEGOEY IS S.H.U. #3 OFFICER, OR A OFFICER IN S.H.U. AT U.S.P. VICTORVILLE IN ADELANTO CA. DEFENDANT #5.

11. E. VELEZ IS A "SENIOR OFFICER SPECIALIST" OR A C.O. AT U.S.P. VICTORVILLE IN ADELANTO CA. DEFENDANT #6

DC

12. J. DOE IS THE REGIONAL DIRECTON
AT 733B SHORELINE DR, STOCKTON CA.
95219. WHO IS TO STOP CRUEL AND
UNUSUAL PUNISHMENT AT THIS REGION.
DEFENDANT #7

13. MORENO IS THE HEAD OFFICER IN
THE SHU OR HOLE, KNOWN AS THE
"LT." DEFENDANT #8

14. C. HERRERA IS ALSO A HEAD OFFICER
AND OR "LT" IN THE "SHU" OR "HOLE IN
CHARGE OF THE SAFTY OF INMATES AS THE
#1 OFFICER IN CHARGE. DEFENDANT #9

15. JOHN DOE #2 IS THE CLINICAL DIRECTOR OR
HEAD DOCTOR AT U.S.P. VICTORVILLE. DEFENDANT #10

16. EACH DEFENDANT IS SUED INDIVIDULLY
AND IN HIS OR HER OFFICIAL CAPACITY.
AT All TIME'S MENTIONED IN THIS
COMPLAINT EACH DEFENDANT WAS
ACTING UNDER THE COLOR OF LAW
AT All TIME'S.

DC                                                    PAGE 8

# IV. Exhaustion of
## Legal Remedies

17. ALL OF THE PLAINTIFF'S HAVE USED THE PRISONER GRIEVANCE PROCEDURE AT VICTORVILLE AND OTHER PRISON'S AND GOT NO HELP. PLAINTIFF SPICER HAS HAD HIS GRIEVANCE'S "LOST" BY VICTORVILLE USP. AS ONGOING PAIN AND HARM IS GOING ON NOW, AND ANY FURTHER WAIT WOULD CAUSE IRREPARABLE HARM FOR ALL OF THE PLAINTIFF'S WE ASK FOR THIS COMPLAINT TO MOVE FORWARD. ALL THE PLAINTIFF'S ARE ON 24hr LOCKDOWN IN THE "HOLE" ON SHU AND DO NOT HAVE COPIES OF ALL OF THERE GRIEVANCES. SENSITIVE BP-9's HAVE BEEN SENT TO THE REGIONAL DIRECTOR FOR HELP AS WELL WITHOUT ANY HELP GIVEN. THE PLAINTIFF'S ASK'S THE COURT UNDER DISTRICT OF COLUMBIA, 254 F 3d 262 (2002) D.C. CIR, TO GRANT THE PLAINTIFF'S INJUNCTION. PLAINTIFF CONRAD IS IN EXTREME NERVE PAIN AND GETTING FURTHER "IRREPARABLE HAMMER TOE", JAMES LEE IS NOT GETTING HIS M.S. MEDICATION AND TAKING TIME OFF HIS LIFE AS WELL AS IN PAIN, AND SPICER IS IN PAIN FROM A BROKEN ARM AS WELL AS

D.C
PAGE9 IN DANGER FROM STAFF AT VICTORVILLE U.S.P.

# Facts of Plaintiff's
## Conrad, Spicer, Lee

18.  Plaintiff David Earl Conrad was shot in 2005 with a 12 Gauge shot gun in the left leg. This caused plaintiff Conrad to almost lose his life. Conrad had to be medi-vac by helicopter to Loyola hospital and trama center in chicago where multable surgery's had to be done for days to save plaintiff Conrads life and leg.

19.  Due to being shot Conrad lost his left calf muscle, The main artery in his left leg from knee to foot and had extensive nerve damage a vein graph from Conrad's right leg had to be taken from crotch to ankle even after the best surgen's in the city of chicago's trauma unit at loyola put chicago's Conrad back together. He was never expected to walk again as the damage to nerves and his leg were severe. No less then two times did docter's try to get Conrad to cut off the leg after the complicated surgery's all on record.

20.  Through never ending physical therapy, treatment for chronic constant and debilitating pain and constant care by no less then 5 docter's Conrad was able to walk unasisted within one year "a miracle" claimed by docters.

21.  In the 7 years Conrad has been in the federal Bureau prison's the medical staff have turned him back into a cripple. Being denied proper medication's for month's, then given them back only to have medical staff make any attempt in retiliation to remove him from medication's ordered by there own B.O.P. docter's outside expert's and docter's from pain managment Conrad's condition has on record due to neglect, abuse, and lack of care

22.                                                                PAGE 10

and ~~retaliation~~ worsened to the point where the plaintiff will lose his ~~foot~~ and toe's soon and his ability to walk. All due to lack of care and retaliation that is nothing less then assault and battery. If the care Conrad was given was not in the B.O.P. but at a nursing home or hospital people would go to. JAIL.

22. At Victorville U.S.P. a ~~prison~~ prison Conrad who has 19 Point's (Medium Security) Points isn't even allowed to be at his condition is horrible.

23. Conrad who suffer's from chronic pain, diabetic nerve pain requiring a specific medication or Conrad is in tortures pain, as well as "hammer toe" where his paralyzed toe's are pulling down ripping the tendon's in his foot, Muscle's wasting, complex regional pain dystrophy, arthritis, bullets still stuck and bruises on feet, depression and anxiety and more recently caused by pain and lack of care and med's high blood pressure and migrane headache's Conrad's in need of care only a medical prison hospital can provide.

24. In Victorville U.S.P. Conrad is and for around 2 week's getting no medication at all Conrad has been off all his region and outside doctor ordered medication since July 2016 in Victorville U.S.P. even after seeing doctor rutledge 2 week's ago on ~~wensday~~ wensday 1, of Feb. 2016.

25. Conrad has turned to the "nurse" along with Dr. Rutledge and the warden of U.S.P. Victorville "countless" sick calls, BP-8, personal letters and notes and Verbally asked for help. After writing a letter TO DR. RUTLEDGE                                           D.C. PAGE 11

to Dr. Rutledge that Conrad sent from his cell in S.H.U. saying he was being denied his chronic care 30 day visit that must be done Dr. Rutledge did an exam on Feb.1, 2017.

26. At that time Dr. Rutledge saw in B.O.P. files the serious medial issue's the plaintiff suffered from physical and mental. Those records show plaintiff Conrad is normally or in B.O.P. custody lyrica 300 mg 2 times a day and ~~xxxxx~~ or av Iwz a time relief morphine, chronic Pain med's lyrica med's are not and optional medication and must be taken by Conrad daily for life or he suffer's extreme constant pains and needles in his leg and foot causing tramatic pain and lack of sleep due to pain. Along with Conrad's phsych history of anxiety and depression.

27. At that exam with doctor Rutledge plaintiff Conrad begged for his lyrica medication to be turned on as he was in great pain. Dr. Rutledge saw the plaintiff had a very serious medical need and was deliberate in different to his need by geting Conrad no care or meds. sooner or later, or maybe never Dr. Rutledge said he put in "requests for the plaintiff meds." The plaintiff had high blood pressure due to horrible pain and was sweating doing nothing was a Wanton Infliction of pain.

28. Lack of these medications are causing pain and tendons and toe's to curve and spasum into a contorted position that can not be undone or fixed causing further harm daily.

29. The day the plaintiff saw the doctor defendant Rutledge, all his psyh medications "expired" also for two week's no med's of any kind have been given to the plaintiff in S.H.U. And NONE COMES

PAGE-12

30. Dr. Rutledge saw that not only does Conrad have medical problems but anxiety and depression. On Veterans day 2016 the plaintiff swollowed razor blades to get to a hospital so he could get meds and care as he was suffering without his lyrica medication (a Medication he's been on since 2005) and in ~~futur~~ pain.) since being denied his lyrica medication Conrad has had to be removed from his room throwing up, unable to walk in a wheel chair to be given "shots" to stop nausia, and a shot that does nothing for pain. After going through one of these incident's Conrad tryed to send himself on a hospital trip by swallowing razors in front of the staff. In that incident in Tucson U.S.P. Conrad was given no help, was left with razor blades in his body, and was not given his medication even after Dr. O.E. Guzman persribed on record Conrad's nerve damage meds again he was still blocked of care. All this is in records that Dr. Rutledge read in front of Conrad after this exam knowing Conrad was in need of serious care and had been denied care for some months already Dr. Rutledge got him no help and even allowed his psych meds to expire.

31. An inmate must rely on prison authorities to treat his medical needs if the authorities fail to do so those needs will not be met (Estelle V. Gamble, 429 U.S. 97, 103, (1976) Conrads eighth amendment right to medical care has been violated by Dr. Rutledge, defendant #2, he has been shown deliberate indifference by Dr. Rutledge and warden D. Shinn. Conrad's medical needs have been diagnosed by no less then 20 doctor's all in B.O.P. electronic records conrad has many chronic conditions that are real and cause him danger and harm, without care Conrad is crippled and is caused further unrepairable harm, Even a layman can see these condition's need treatment. Conrad has writen to file on and shown warden D. shinn and Dr. Rutledge his condition. Prison official's and doctors do nothing

DC.                                                            PAGE 13

UNTILL THERE IS A COMPLAINT IN COURT AND THEN LATER RETALIATE FOR MAKING COMPLAINT'S BY FAULSEFYING RECORD'S, AND SENDING THE PLAINTIFF TO A VEARY DANGEROUS PRISON THAT REQUIRE'S 24 POINT'S AND UP TO BE AN INMATE AT, CONRAD HAS 19, ALONG WITH BEING DENIED THE "KEY" MEDICATION AND COUSING THE PLAINTIFF CHRONIC PAIN, HIGH BLOOD PRESURE, AND WEIGHT LOSS (ALL IN B.O.P. ELECTRONIC RECORD) THE PLAINTIFF IS CAUSED PAIN AND HARM AND DISTRESS BY JOHN DOE #1 THE HEAD OF THE REGION FOR BLOCKING DOLTON'S REPEATED REQUEST'S FOR LYRICA AND PAIN MEDICATION, PLACEMENT AT A MEDICAL PRISON FOR CARE AND TREATMENT. ALSO THE REGIONAL DIRECTOR DOES NOT GET HELP TO OR ANSWER "SENSITIVE" REQUEST'S FROM THE PLAINTIFF. DR. RUTLEDGE IS LIABLE AS AFTER HIS ORDER'S ARE BLOCKED BY "NON MEDICAL PERSONAL" HE DOES NOT CONTINUE TO GET THE PLAINTIFF CONRAD OR ANY OF THE PLAINTIFF'S HELP OR CARE. D. SHINN ALOW'S THE MISTREATMENT OF MEDICAL INMATE'S AND CAUSE'S THE PLAINTIFF HARM EVERYDAY HE'S LEFT WITHOUT CARE

32. MEDICAL CARE IS SO BAD AT VICTORVILLE USP THAT THE PLAINTIFF IS FORCED TO WEAR A PAPER JUMPSUIT THAT CAUSE'S RASH'S AND WORSEN'S THE PLAINTIFF'S KNOWN SKIN DISORDER'S OR GO NUDE, TO SLEEP WITH BLANKET'S THAT CAUSE RASH'S OR GO COLD AND GO WITHOUT SHAMPOO AND TREATMENT FOR DERMITITUS FOR WEEK'S DUE TO DELAY'S IN CARE.   PAGE 14 DC

33. WARDEN D. SHIN ALLOWED CONRAD TO BE PLACED TO BE PUT IN GENERAL POUPULATION WITH THE HEAD WHITE INDEPENDANT GANG LEADER IN THE F.B.O.P AS HIS CELLMATE IN UNIT A-2. WARDEN D. SHIN KNOW'S AN INMATE COMING FROM A "PC" ON GANG FREE PRISON ALONE IS NOT SAFE TO GO INTO GENERAL POUPULATION AT VICTORVILLE, ON TOP OF THAT THE CHARGE'S THAT CONRAD ARE IN PRISON FOR WOULD GET HIM KILLED AT VICTORVILLE AS WELL. EVEN IN THE HOLE IN PROTECTIVE CUSTODY INMATE'S HAVE TRYED TO CAUSE CONRAD HARM AS CONRAD IS ON A LIST OF PEOPLE TO "HIT" OR "IN THE HAT". GANG MEMBER'S HAVE TRYED TO GET CONRAD'S 39 POINT EX GANG MEMBER ROOMATE TO CAUSE HIM HARM BUT WERE SO FAR UNABLE TO SUCCEED. WARDEN SHINN THEN CAUSE'S THE PLAINTIFF TO GET "SHOT'S" AND LOSE "GOOD TIME" FOR NOT GOING INTO POUPULATION TO BE KILLED OR BEATEN AT A PRISON HE ISNT LEGALY ABLE TO BE AT WITH 19 POINT'S.

34. WARDEN D. SHINN DOES NOT GIVE THE PLAINTIFF HIS LEGAL WORK SO HE CAN NOT FIGHT HIS ACTIVE CALIFORNIA CIVIL CASE (NO CV 15-04537-MWF (DTB) AND HELP'S THE GOVERMENT GET SUMMARY JUDGEMENT AS CONRAD CAN NOT PUT ON ANY DEFENCE. CONRAD IS BEING DENIED MEDICAL CARE ORDERED BY MULTIPULL B.O.P. DOCTOR'S, FORCING HIM TO STAY IN SHU IN UNFITT CONDITION'S, TAKING HIS GOOD TIME AND ALLOWING THE PLAINTIFF TO BE IN UNSAFE CONDITIONS AS HE WAS NOT ONLY PAGE-15

going to be put in population with U.S.P. inmates who are "active" but into the #1 white gang leader's unit and room who knew the plaintiff was coming Conrad was put in perfect place to be harmed or more likely killed as this inmate orders "hits", the last "hit" involve killing and trying to cut off the head of a regular active inmate in population Victorville U.S.P. is one of the most violent V.S.P's in the U.S.A. Conrad has F.C.I. Points.

35. Plaintiff Lee was Also forced in Protective Custody due to the fact that when this white gang leader found out he came from a "PC" prison he was told to stab and kill another inmate or be killed himself Plaintiff Lee has M.S. and is blind in one eye. He should of not been sent to U.S.P. Victorville or allowed into population.

36.    If Dr. Rutledge did not have enough information to guarentee pain and harm would come to plaintiff Conrad VIA all his past record's, his exam and outside medical expert's if not given immediate Care (a showing of causation without ~~argum~~ argument) he was also informed by the plaintiff that in civil Case CV 15-04537-MWF (OTB) David Conrad V. ~~RODRIGUEZ~~, ~~the~~ Hon David T. Bristow Judge on said case allowed Conrad to sue the C.D. Medical doctor at lompoc U.S.P. for "excessive use of force" in the same California District when Conrad was denied care and med's. ~~for 12 v.d. days.~~ Conrad had at that point been denied care and med's. or exam for five week's at Victorville by doctor Rutledge Conrad still has this other case active and is struggling with it due to lack of contact with payed lawyers unable to help, retaliation by prison officials taking his paper work, not allowing him the medical records to fight summary judgements, transfers, and his overall medical condition in this case at Victorville he has broken no rule's, never miss used his medication, never got a shot or charge for missuse of his medication. He is just left to suffer in a malicious and sadistic use

D.C.                                                                      PAGE 16

of excessive force.

37.  Warden D. Shinn knew that there was a "substantial risk" I would be harmed at this prison and has failed to protect the plaintiff from physical brutality as well as cruel and unusal medical care.

38.  In Conrad's medical records it also shows that after swallowing razor blades he was sexually assaulted by a guard in tucson U.S.P. a formal complaint was made V.I.A. S.I.A. and O.I.G. and the assault was witnessed by six S.H.U. C.O.'s Conrad was assaulted when after being visibly ill and in pain on the floor of his cell he swallowed razor blades to get to a hospital in risk of his life. The #1 S.H.U. officer (who had been beaten at another prison for assaulting inmates) forced the plaintiff's cloth's off, stuck his gloved fingers inside the plaintiffs rectum "looking for the razor" and then forced that same finger into the plaintiff's mouth two times the plaintiff was then given a "wedge" by this same officer and told to "shut up or I'll bitch slap you" all in front of other guards who had to stop the assault from continuing Dr. Rutledge know's the plaintiff has been abused and is suffering anxiety and let Conrad ~~go to~~ go without med's.

39.  All the plaintiffs suffered from unhumane treatment and care by staff, nurses and doctor's at U.S.P. Victorville Conrad has been given the wrong person's pill line medication two times in a month. Lee and spicer have been denied there medication for M.S., Pain, and psych issues twice in a month as "it was late and the nurse doesn't get overtime"... filing a complaint on staff who have beaten, neglected, or abused inmates at Victorville would require lawyer's and a month of writing. That very well may come in the future, other ~~inmates~~ unamed inmates have been beaten to death by guards veliently in the SHU in Victorville. Been denied care, water,

O.C.                                                                    PAGE 17

being maced without real reason, all sorts of human rights violations inmates who try by "force" or by refusing guard's orders in S.H.U. to get help are beaten bloody by S.H.U. staff and denied care. A guard who beat an inmate to death killed himself a short time ago in Victorville's staff parking lot to avoid prison. The staff at Victorville are under investigation by F.B.I. and other authorities doctor's cover up injuries and file false reports. All the inmates at this prison are in danger due to it's supervisors.

40. FOR 14 DAY'S IN THE HOLE THE PLAINTIFF GOT NO MEDICATION, PAIN OR PSYCH MED'S. MEDICATION THAT IN THE DIRECTION'S STATE " DO NOT JUST STOP TAKING THIS MEDICATION OR THERE IS A HIGH RISK OF SUISIDE OR COMPLICATIONS" FOR 8 WEEKS IN CMU THE PLAINTIFF HAS NOT GOT HIS NERVE DAMAGE MEDICATION AND HAS BEEN IN CONSTANT CHRONIC PAIN. CONRAD HAS SHOWN MEDICAL STAFF DARK BRUISES ON HIS FEET DUE TO POOR BLOOD FLOW CAUSING CONSTANT PINS + NEEDLES AND SORES ON TOES AND BEEN GIVEN PSYCH MED'S AND OVER THE COUNTER IBUPROFIN. THIS IS NOT THE STANDARD OF CARE FOR SOMEONE IN THE PLAINTIFF'S MEDICAL CONDITION. REGION IS AWARE, WARDEN SHINN HAS SEEN WITH HIS OWN EYE'S AND IS AWARE, AND DR. RUTLEDGE IS AWARE BUT CONRAD IS STILL DENIED CARE. ALONG AS PLACEMENT AT A SAFE MEDICAL PRISON LIKE BUTNER OR ROCHESTER MN. THE PLAINTIFF IS IN GRAVE DANGER AT VICTORVILLE USP MEDICALY AND IN DANGER OF HIS LIFE.

PAGE 18

41. ON FEB-1st 2017 AFTER A MONTH WITHOUT MEDICATION FOR NERVE DAMAGE SINCE SEEING DR RUTLEDGE (DEFENDANT#2) CONRAD IS TOLD BY A RANDOM NURSE HIS NERVE DAMAGE MEDICATION, THE SAME MEDICATION HES BEEN ON MORE OR LESS SINCE 2005 IS AGAIN DENIED BY JOHN DOE #2 THE CLINICAL DIRECTOR OF VICTORVILLE U.S.P. THIS NON NARCHOTIC MEDICATION THAT COUNTLESS B.O.P. DOCTOR'S SUBSCRIBE (ONE BEING DR. RUTLEDGE) IS DENIED AGAIN IN RETALIATION BY JOHN DOE #2 WITHOUT SEEING CONRAD OR DOING ANY EXAM. NO OTHER HELP IS OFFERED AND THE PLAINTIFF IS LEFT WITH NO MEDICATION FOR BY FAR ONE OF THE B.O.P.'s MOST EFFECTED INMATE'S WHO HAS NERVE DAMAGE. INTERFEARING WITH CONRAD'S TREATMENT ORDER IS A WANTON INFLICTION OF PAIN. NOT DOING ANYTHING ELSE OR DOING AN EXAM IS DELIBERATE INDIFRENCE. LEAVING THE PLAINTIFF TO HOPE FOR MONTH'S THAT HIS DEBILITATING PAIN WOULD BE OVER THEN LEAVE HIM IN THAT STATE IS EXCESIVE USE OF FOR AND TRAMATIZING AS CONRAD HAS STATED HE IS IN SUCH PAIN HE FEARS BEING WITHOUT LYRICA MEDICATION DUE TO THE PAIN. LYRICA OR GABAPENT ARE THE ONLY MEDICATION'S FOR HIS PAIN THAT WORK A

42. ON FEB-1ST 2017 CONRAD WAS CHARGED
AND LOST 14 GOOD DAY'S AT A HEARING BY
D.H.O. THAT WAS DONE AROUND OTHER INMATE'S
FOR REFUSING TO GO TO GENERAL POUPULATION
AT A PRISON HE CAN NOT BE AT WITH 19 POINT'S.
OR WALK WITH OTHER INMATE'S WITHOUT BEING
BEATEN OR KILLED. WARDEN D. SHINN HAS
ALLOWED CONRAD TO BE ABUSED MEDILLY AND
TO LOSE GOOD TIME AND STAY IN PRISON FOR
TWO EXTRA WEEK'S FOR BEING WRONGLY SENT
TO HIS PRISON WITHOUT CANE.

43. ON FEB-1ST 2017 CONRAD IS STILL DENIED
HIS PROPERTY AND LEGAL WORK EVEN WITH
AN ACTIVE CIVIL CASE WHILE CONRAD HAS
BEEN AT VICTORVILLE FOR 70 + DAYS.

44. ALL OF THESE ARE FACT'S SUPORTED BY
ELECTRONIC RECORD AND PAPERWORK IN
B.O.P FILE'S. FACTFINDING BY AN LAWYER
FIGHTING FOR PLAINTIFF CONRAD WOULD
SHOW THESE FACT'S TRUE AND CORRECT.

45. THIS COMPLAINT HAS BEEN WRITEN WITH NO LEGAL
HELP BY AN INMATE WITH A FLEXIBLE PEN IN SH.U.
D.C.   WITH NO COPY'S OR TYPEWRITER OR HELP FROM UNIT TEAM. PAGE 20

46. As of March 27 2017 Plaintiff Conrad has spent 210 + days in 24 hour lockdown straight. As well as not being given his medication this entire time as well. The extra harsh condition is causing harm to David Conrad and is an ongoing violation.

47. In medical records J.Doe #1, J.Doe #2, and Dr Rutledge use fake or made up reasons to not give Conrad care such as Conrad dosn't take his medication or "cheek's" pills. Conrad has not been charged by incident report, been removed from other medications or done any wrong doing with his medications. Conrad was said to have tryed to "save" medication in Lompoc in 2014 by a nurse who lied to cause harm. This nurse was on camera and showed to be making thing's up and Conrad's medication was restored. Not since then has the plaintiff ever missused medication. Even with this "black mark" on his record doctor's still order his much needed medication but the defendants J.Doe #1, J.Doe #2 block doctor's order's to cause known pain and damage to Conrad.

D.C.

Page 21

FACTS OF PLAINTIFF
JAME'S LEE

48. IN OCTOBER OF 2007 PLAINTIFF LEE WAS DIAGNOSED WITH MULTIPLE SCLEROSIS OR "M.S." AFTER MONTH'S OF EXTENSIVE M.R.I.'S AND "LUMBAR PUNCTURE'S". PLAINTIFF LEE'S PRIMARY DOCTOR SENT HIM TO SEE DR. BHRANI PADAMANABAN, A NUEROLOGIST AT WIDDEN MEMORIAL HOSPITAL IN EVERETT, MASSACHUSETTS. HE BECAME THE PLAINTIFF'S PRIMARY NUEROLOGIST AND STARTED TO TREAT AND DIAGNOSE THE PLAINTIFF'S SERIOUS HEALTH ISSUE'S. FIRST WAS "FACE PAIN" OR "TRIGEMINAL NUERALGIA" AND ALSO THE LOSS OF VISON IN THE PLAINTIFF'S LEFT EYE AS "OPTICAL NUERITIS". THESE FINDING'S WERE BACKED UP BY MISBA PLESS, A.M.D. WITH A SECOND OPION. ALL THIS IS ON RECORD WITH THE B.O.P. IN ELECTRONIC RECORD'S.

49. AFTER MANY TRIAL'S OF MEDICATION'S AND M.S. TREATMENT PLAN'S THE DOCTOR'S GAVE THE PLAINTIFF A MEDICATON <u>COPAXONE</u> A SELF INJECTING M.S. TREATMENT.

PAGE 2

D.C.

50. DUE TO THE PLAINTIFF'S IMMOBILITY AND STAGNENT STATE AS HIS BODY ADJUSTED TO THE COPAXONE MEDICATION, THE PLAINTIFF DEVELOPED TWO SEPERATE BLOOD CLOT'S. ONE IN THE PLAINTIFF'S RIGHT LEG AND ONE IN THE PLAINTIFF'S LEFT CALF ROUGHLY 6 MONTH'S APART. DUE TO THESE BLOOD CLOT'S THE PLAINTIFF WAS PUT ON WARFFERIN AND LOVINOX BLOOD THINNING MEDICATION'S. THE PLAINTIFF BECAME ANEMIC AND WAS GIVEN MORE MEDICATION TO TRY TO RESTORE THE PLAINTIFF'S ENERGY. WHEN THE PLAINTIFF WAS PLACED IN PRISON HE HAD A "LAUNDRY LIST" OF AILMENT'S AND MEDICATION'S.

51. "M.S.", TRIGEMINAL NUERALGIA, "D.V.T" OR DEEP VAIN THROMBOSIS, OPTIC NURITIS, ANXIETY OF DEELING WITH M.S. WERE JUST SOME OF THE SERIOUS MEDICAL ISSUE'S THE B.O.P. IS AWARE OF.

52. DEFENDANT F. RUTLEDGE IS THE M.D. WHO NOW TAKE'S CARE OF THE PLAINTIFF AT VICTORVILLE U.S. AND HAS THE PLAINTIFF'S MEDICAL RECORD'S FROM MULTIPULL DIFFRENT B.O.P. PRISON'S THE PLAINTIFF HA BEEN LOCATED AT WHILE IN CUSTODY. SEE EXHIBIT-A IN HIS OWN WORD'S WRITTEN BY MR. JAMES LEE.

PAG

D.C.

53. WHILE DR. F. RUTLEDGE MAY NOT BE AT FAULT FOR THE YEAR'S OF NEGLECT AND LACK OF CARE THAT HAS IN FACT TAKEN YEAR'S OF TIME OFF THE PLAINTIFF'S LIFESPAN, HE IS IN CHARGE OF HIS PLACEMENT ("CARE LEVEL"), MEDICATION'S, AND TREATMENT NOW. AS WELL AS LIABLE FOR THE FUTURE TIME OF LIFE LOST FOR NOT BEING "TREATED FOR HIS M.S." AND OTHER SERIOUS MEDICAL PROBLEM'S. AS IS WARDEN D. SHINN FOR HE KNOW'S VIA COP OUT'S, VERBAL COMPLAINT'S, AND PRISON REMEDIE'S THAT THE PLAINTIFF IS, NO.1 NOT GETING HIS M.S. MEDICATION, NO.2 NOT SAFE AT U.S.P. VICTORVILLE (THE PLAINTIFF IS IN P.C. OR PROTECTED CUSTODY IN S.H.U.) NO.3 NOT HOUSED AT A REAL PRISON "CARE LEVEL 3" OR PRISON HOSPITAL AS HE SHOULD BE. THE B.O.P., M.D. RUTLEDGE AND WARDEN D. SHINN ARE CAUSING THE PLAINTIFF PAIN, HARM THAT CAN'T BE UNDONE, EMOTIONAL DISTRESS AND A WANTON INFLICTION OF PAIN, KEEPING HIM HELD IN CRUEL AND UNUSUAL CONDITION'S HOLDING HIM WITH NO TREATMENT FOR HIS KNOWN "M.S" OR MEDICATION FOR HIS M.S. THIS IS DELIBERATE INDIFFERENCE.

54. DR RUTTLEDGE IS NOT GETING THE PLAINTIFF THE MEDICATION'S FOR M.S., PAIN, AND PSYCH ISSUE'S THAT HAS BEEN ORDERED BY MEDICAL PROFESSIONAL'S ON RECORD- PA

D.C.

55. CAUSING SOMEONE TO DIE BEFORE THEIR TIME IS EXCESSIVE WHEN TREATMENT AND MEDICATION IS KNOWN TO STOP THE PLAINTIFF'S M.S. FROM BEING PROGRESIVELY WORSE.

56. BEFORE COMING TO PRISON THE PLAINTIFF WAS PERSCRIBED BY MEDICAL EXPERT'S TRAMADOL, BACLAFLINE, GABAPENTIN, CODAXONE (FOR THE M.S.), XANAX, CITROLAPAM, DOXADIN FOR THE ANXIETY AND DEPRESSION OF DEALING WITH THE M.S. ALONG WITH OTHER PAIN MANAGMENT MEDICATION SUCH AS 30MG OXY 2 TO 3 TIMES A DAY.

57. THE PLAINTIFF WAS ON ADDERAL FOR HIS FEELING'S OF TIREDNESS DUE TO THE FACT OF BEING DIAGNOSED ANEEMIL.

58. THE ONLY MEDICATION'S PLAINTIFF JAMES LEE HAS BEEN ON THE ENTIRE TIME IN THE TIME HE'S BEEN IN THE B.O.P IS GABEPENTIN AND BACLAFEN AS FAR AS WORKING MEDICATION'S THAT HELP HIM FROM SUFFERING

59. AT THIS TIME DR. F. RUTLEDGE ONLY ALLOWS THE PLAINTIFF TO GET BACLAFEN AS THE ONLY WORKING MEDICATION. HE IS GIVEN NO MED'S OR TREATMENT FOR THE M.S. AS WELL AS DENIES THE PLAINTIFF'S GABAPENTIN AND PAIN MEDS.

D.C.

60. PLAINTIFF LEE HAS BEEN SENT OUT TO HOSPITALS OVER HIS EIGHT YEARS IN F.B.O.P CUSTODY, TO SEE NUEROLOGIST'S. IN KENTUCKY, FLORIDA, INDIANA ALL VERIFYING HIS CONDITION'S AND THAT HE HAS M.S. THERE IS NO WAY TO SAY Dr. RUTLEDGE OR WARDEN D. SHINN ARE NOT "AWARE" OF THE PLAINTIFF'S MEDICAL ISSUE'S.

61. PLAINTIFF LEE HAS FILLED OUT MORE THEN 15 SICK CALL'S REQUESTING HELP. HE HAS NEVER BEEN EXAMINED BY A DOCTOR IN FULL IN VIOLATION TO HIS 30 DAY MANDITORY CHRONIC CARE APOINTMENT BY B.U.P. POLICY. HE HAS NOT RECIVED CARE IN THE MONTH'S THAT HE'S BEEN AT VICTORVILLE U.S.P. THE WARDEN DEFENDANT SHINN IGNORE'S THE PLAINTIFF'S REQUEST'S FOR CARE. THE PLAINTIFF GET'S ZERO MEDICATION FOR HIS PSYCH ISSUE'S WHILE HE STRUGGLE'S WITH M.S. AS DID J. DOE #2

62. PLAINTIFF LEE HAS WRITTEN TO THE DIRECTOR OF THE REGION WITHOUT GETTING HELP, IN FACT REGION DENIED PLAINTIFF LEE'S MEDICATION. DEFENDANT J. DOE #1.

D.C.

PAGE 2

63. , WARDEN D. SHIN ALSO LET PLAINTIFF LEE INTO POUPULATION AT VICTORVILLE U.S.P. WHERE HE WAS TOLD TO KILL ANOTHER INMATE OR BE KILLED HIMSELF DUE TO THE FACT HE LIKE CONRAD CAME FROM A "PC" OR "GANG FREE" PRISON. WARDEN D. SHINN WAS INDIFERENT TO LEE'S SAFTY OR DID NOT SCREEN INMATES AND ALLOWED A HALF BLIND MAN WITH M.S. TO GO INTO POUPULATION WITH ACTIVE GANG MEMBERS TO BE UNDER A VEARY SERIOUS RICK OF BEING HARMED OR KILLED.

64. EVEN AFTER SEEING DR. RUTLEDGE JUST DAY'S AGO HE IS STILL DENIED HIS M.S. MEDICATION BY VICTORVILLE AND THE HEAD OF THE REGION IN STOCKTON CA J. DOE. DEFENDANT #7

65. DEFENDANT D. SHIN HAD THE PLAINTIFF AT THE WONG CARE LEVEL. M.S. WOULD NORMALY BE A "CARE LEVEL 3" OR F.M.C. PRISON MEDICAL CENTER. D. SHIN, J. DOE #1, J. DOE #2 SET THESE CARE LEVEL'S IN ELECTRONIC RECORD'S AND ARE CAUSING PLAINTIFF HIGH RISK OF HARM, PAIN.

D.C.

PAGE 27

## Facts of Deonte Spicer

66.   On Sept. 15, 2016. Officer J. Bunsold and other "compound" officers came into the unit 3-A at Victorville and started picking out people (inmates) to summit to breathalizer test for alchol Deonte Spicer was picked out.

67.   At that time Deonté (Plaintiff) complied twice following the officers J. Bunsold order to breath into the breathalizer and without being aggressive told officer's to just give him the "charge" on a write up at that time officer J. Bunsold got verbally aggressive and the rest of the officer's moved in a little closer that's when the plaintiff took a few steps back as Victorville C.O.'s have been known to use excessive force often.

68.   On camera the plaintiff was maced in the face at that time with out warning as the plaintiff was chemically blind turned around with his hands behind his back to be cuffed stepping out the cell slowly officer J. Bunsold grabbed my wrist and twisted it and him and the five other officer's started punching, kicking me then slammed me to the ground and punched and kicked me all over my body including my testicles officer J. Bunsold told the "plaintiff" next time do what I tell you dumb Jig.

69.   The plaintiff put in leg restraints and taken off camera were he was beaten off camera and called "nigger" and "faggot" so badly beaten he had to be taken out of the prison to a local hospital Victor Vally.

        This excessive use of force was so severe that a wheel chair had

to be brought to get him to the hospital as the plaintiff could no longer walk the plaintiff urinated blood for the following 3 days after the incident.

70. The plaintiff was taken to the hospital and seen by a "Jane Doe" Defendant #   Jane Doe provided almost no care what so ever only puting some antibacterial cream on the plaintiff cuts and bruises only when the plaintiff said he was in very bad pain she did nothing to get a beaten man a docter or knowing and seeing the plaintiff was possibly hurt internally due to the plaintiff telling her his lower insides hurt the nurse allowed the plaintiff to be signed out by guards who's co-workers beat the plaintiff without seeing a docter or examin in Violation of california Code 845.7 that makes a free world outside docter personally liable for the care of an inmate if that inmate is in need of care and is left without it no one knew how bad the plaintiff was hurt one to this Violation the plaintiff went back to the prison untreated by anyone. Also this was the hospital victorville U.S.p. had a contract and "ties" with this hospital was still at all times holding the plaintiff as a prisoner at all times for the federal Government, Victor Valley hospital is also a state, city, and county van hospital under california code 845.7  the plaintiff believes they are liable.

71. The plaintiff was hand cuffed and leg shackles since he was sprayed with mace and in a wheel chair. Clearly there was no need for more force on camera this whole first incident took place then off camera on the way to medical he was beatin further with such force he was bleeding internally. A maced man in a wheel chair beaten can't look to the guards to be of any threat clearly the guard's used more force then was necessary. We will

never know "how bad" the plaintiff was hurt enough to go to the hospital where he got no care, again on record and back to the prison where he got no further care from medical personel, in violation to his right to be free from cruel and unval punishment, equal protection, rights to medical care J. Bunsold led this malicious and sadistic assault. This assault caused pain, harm, and emotional distress that continves to spin out of controll at U.S.P. Victorville in Victorville CA.

72. On Nov. 17, 2016. C.O. D. DeGeey twisted the plaintiff's wrist violently causing the plaintiff to cry out in pain and pull his arms away. The plaintiff was hand cuffed and in pain and pulled his arms away. Also in full compliance up until D. DeGeey purposely atempted to injure the plaintiff at his cell door that he was locked behind in S.H.U. in "the hole".

73. At that time the plaintiff again went to allow D. DeGeey to cuff him but was removed from his room instead for "moving his hands".

74. The plaintiff then had all his property taken along with legal work, toilet paper, Hygene, and spoon, toothbrush and left like that for a week. He was forced to use the bathroom without paper or soap and eat with his hands that was unclean. The was given further "S.H.U. time)" and left in unfit conditions.

75. C.O. D. DeGeey used excessive force to cause the plaintiff a wanton infliction of pain. Along with further stress and further psychological harm as he lacked things of "basic human needs". The plaintiff spoke in S.H.U. to warden D. Shinn and was still left in this state of a week he further spoke to medical on walk through days of his living condition's and his lack U.C.

PAGE 30

of care at VictorValley hospital.

76.  C.O. D. DeGeoy continued a "campain of harassment" with warden D. Shinn's knowledge while still being denied medical care by plaintiff doctor M.D. Rutledge.

77.  On Nov. 28, 2016 the plaintiff was tired of his human rights being violated and stuck his right arm out of the food slot of the cell door and asked for a superviser officer to try and get medical and mental health help. C.O. E. Velez and C.O. OIC Moreno grabbed the plaintiff's right arm in the food slot of his door and bent it as the plaintiff cryed out for help until his arm broke again the plaintiff was denied the care he needed for two weeks and a X-ray two weeks later showed the plaintiffs arm did have a broken bone, and a damaged rotater in his shoulder. The plaintiff was caused harm by officer E. Velez and OIC Moreno and was lefted in clear pain and injury's in his cell denied any care by Dr. Rutledge while being in harm's way for permanent injury's. The plaintiff's shoulder is still damaged with burning and throbing pain to this day with no care but IBuprofen. The bone is sticking up ever to a layman.

78.  On Dec. 1, 2016 the same C.O's who have been causing the plaintiff harm for no reason, on camera emptyed two cans of mace in the plaintiff's cell and left him and his cellmate for over a week in a contaminated cell. Caused the whole SHU or hole to be coughing let alone the plaintiff and his cellmate. Forced to live with mace for a week which has caused the plaintiff a breathing problem and migraine headaches. The plaintiff was forced to eat in this contaminated cell in cruel and unusual conditions or charge was given to explain why the plaintiff was maced in violation to his due process.

D.C.                                                                PAGE 31

79.   Plaintiff Spicer has been held in cruel and unusual conditions, been beaten and had excessive use of force used on him on three different dates, been denied medical care after being beaten by prison guards and hospital staff (Jane Doe) and doctor Rutledge had his administrative remedies and mail taken, delayed, or destroyed, he's been shone indifferent care by Dr. Rutledge and warden D. Shinn and left for weeks with a broken arm while being maced with said broken arm by guards, Outragious and constitutional conduct warden D. Shinn is to be "notifyed" by staff and must authorizes use of force on inmates before force can be used by guards he is liable for his role that is active, and as has role as a Supervisor. Officer J. Bunsold, D. Degeoy, E. Velez, and C.O. Moreno have illegally beat plaintiff Spicer, and caused him permenant injury and emotional distress the warden D. Shinn allows inmates to be beaten and killed when ever the guards wish and block inmate Spicer's requests to make complaints, complaints has been filed with O.I.G. and A.C.L.U. VIA Mail.

80. PLAINTIFF SPICER HAS WRITTEN "SENSITIVE BP-9's TO THE REGION AND REGIONAL MEDICAL DOCTOR TO GET CARE AND TO TRY AND COMPLANE ABOUT DEFENDANT'S BUNSOLD, DEGOEY, AND VELEZ BEATING HIM. HE HAS BEEN LEFT IN PAIN BY THE PEOPLE WHO ARE THE "WATCHER'S" OVER PRISON'S FOR WRONG DOING BY PRISON OFFICAL'S. THEREFORE FOR BEING DENIED MEDICAL HELP BY A REGIONAL DOCTOR (AS DOCTORS AT VILTON-VILLE U.S.P. GIVE NO HELP) AND BEING DENIED HELP BY THE REGIONAL DIRECTOR SPICER BRING'S CLAIMS OF WANTON INFLICTION OF PAIN, EXCESSIVE FORCE, DUE PROCESS VIOLATION'S ON DEFENDANT J. DOE #1. THE HEAD OF THIS REGION.   D.C.
PAGE 32

81.   Warden D. shinn does not get to claim qualified immunity in this case as he is not only personally responsible for plaintiff Spicers rights being violated but speaks to the plaintiff every wensday about his violations in person Dr. Rutledge and warden D. shinn violate in consent with each other rights of inmates that are "clearly established" if the warden is notifyed that a "use of force may be nessary" and he ok's it, the guards get "five up" and go to fan and beat or kill an inmate it's the wardens fault for allowing his staff to act in such a way or go past his orders if staff is told to just beat the inmates and they don't contact the warden for permission as they are required then the warden is responsible as well for allowing them to do beatings and use force on there own authority and is responsible for getting staff and doctors to sweep it under the rug, is the warden not told by inmate's and staff about guards violent behavior? of course he knows, the F.B.I just indicted some of his guards also supervisory liability for failer to supervise or a lack of training Hardy V. District of Columbia, Golf. 2d 18x DC 2009.

82. At Last Plaintiff Spicer Bring's Equal Protection Complaint's on the Defendant's as he is to be Free From Discrimination. Guard's in this Case Along with there Co Worker's Call the Plaintiff Faggot, Snitch, Nigger, Jig, Queer, and All Sort's Of Name's in Front of All the Inmate's and Officer's Almost Daily In S.H.U. In Violation Of His Freedom From Racial Discrimination.

D.C                                                              PAGE 33

# V. LEGAL CLAIMS

83 . THE PLAINTIFF'S REALLEGE AND INCORPORATE
By REFERENCE PARAGRAPH'S 1 - 82

84. FOR THE FOREGOING REASONS THE PLAINTIFF'S
RIGHT'S UNDER THE UNITED STATES CONSTITUTION
HAVE BEEN VIOLATED By BEATING, CRUEL AND
UNUSUAL PUNISHMENT, EXCESSIVE USE OF FORCE,
BEING DELIBERATE INDIFFRENT TO OUR MEDICAL
NEED'S, UNSAFE CONDITIONS OF CONFINEMENT,
AND DISCRIMINATION ALONG WITH OTHER RIGHT'S.

THE PLAINTIFF'S EIGHTH AMENDMENT RIGHT'S
HAVE BEEN VIOLATED UNDER THE UNITED
STATES CONSTITUTION.

THE PLAINTIFF'S FOURTEENTH AMENDMENT
RIGHT'S HAVE BEEN VIOLATED UNDER THE
UNITED STATES CONSTITUTION.

PLAINTIFF LEE, CONRAD, AND SPICER HAVE
HAD THERE EIGHTH, FOURTEENTH AND RIGHT TO
EQUAL PROTECTION RIGHT'S VIOLATED

fr.GE

85. THE PLAINTIFF HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN. THE PLAINTIFF'S HAVE BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANTS UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF WHICH THE PLAINTIFFS SEEK

PAGE

C.C.

# VI PRAYER FOR RELIEF

WHEREFORE, PLAINTIF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGMENT GRANTING PLAINTIFF:

86. A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION OF THE UNITED STATES.

87. A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANT'S JOHN DOE #2, F. RUTLEDGE, D. SHINN JOHN DOE #1, J. BUNSOLD, D. DEGOEY, E. VELEZ, .MORENO, C. HERRERA TO GET CONRAD, SPICER, LEE IMMEDIATE CARE FOR THERE SERIOUS MEDICAL CONDITIONS. TO GET CONRAD HIS REGULAR PAIN MANAGMENT MEDICATION OF LYRICA AND PAIN MANAGMENT MEDICATIONS AS WELL AS HIS PSYCH MEDICATION. THAT CONRAD IS TRANSFENED TO A F.M.C. FEDERAL MEDICAL CENTER, AND OUT OF ISOLATION IN SHU or THE HOLE.

PAGE 36

D.C.

88. COMPENSATORY DAMAGES IN THE AMOUNT OF $1.65 MILLION OR 1,650,000.00 AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY.

89. PUNITIVE DAMAGES IN THE AMOUNT OF 2 MILLION DOLLARS OR $2,000,000.00 AGAINST EACH DEFENDANT.

90. A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY

91. PLAINTIFF'S COSTS IN THIS SUIT

92 ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.

D.C.

# VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE UNDER THE PENALTY OF PERJURY.

RESPECTFULLY SUBMITTED

_____
DAVID E CONRAD

_____
JAMES LEE

_____
DEONTE SPICER

04/12/2017
DATE

EXHIBIT - A - LEE
IN HIS OWN WORDS.

In October of 2007 I was Diagnosed with Multiple Sclerosis after months of extensive MRI's and Lumbar Punctures. My Primary Care Physician Dr. Robert Atkins at Sommerville Hospital in Sommerville, Massachusetts - Refered me to Dr. Dhravi Padamanaban a Neorologist at Widden Memorial Hospital in Everett, Massachusetts. Dr. Padamanaban became my Primary Nuerologist, as he began to Treat my M.S. Dr. Padamanaban went on to diagnose my facial Pain as Trigeminal Nueralgia and the loss of Vison in my left eye as Optic Nueritis (an opion that was supported by Dr. Misha Pless at Massachusetts Eye and Ear as a Second Opinion). Through many Trials of medications and Multiple Sclerosis Treatment Drugs, Dr. Padamanaban and myself settled on Copaxone (a self injecting M.S. treatment).

Due to my Immobility and stagnent State as my Body Adjusted to the Copaxone I Developed Two Seperate Blood Clot's, One in my Right Leg and One in my left Calve roughly 6 months apart. Due to the Extensive Blood Thinning Redgiment I was Put on (Wafferin + Louinox) My Primary Care Physician Dr. Atkins Told me that I Became Slightly Aneemic and put me on yet another Medication to try to Give me Back some of my Energy. So when I came to Arison I had a Laundry list of Ailment as well as Medications.

Comeing Into Prison I was Officialy & Clinicly Diagnosed with Multiple Sclerosis, Tri-Genival Neuralgia, Optic Ueritis, Aneemia & Chronic D.v.T.'s (Deep Vain Thrombosis or Blood Clots). The Medications I was on were Tramadol, Baclafen, Gabapentin, Copaxone — for the M.S. Xanax, Citolopam, Doxapin for the Anxiety of Dealing with the MS — I had the Aderall Added for the Aneemie. I has just Been taken off the wuffarin & Lovax because my Blood had evened out.

Since being in the Bureau of Prison's The only Medications I have been on was Gabapentin & Baclafen. Four Different Penitentaries have tried me on Tegratol, Oxcarbedrive and Cymbalta-Even Though ④ They are all Psych Drop's and ⑤ I tried them all on the streets and told every Doctor I've seen that none of them work for Me. Despite the Numerous MRI's I've had at Every Institution I've Been in and all the Outside Neurologists I've been to in Kentucky, Florida & Lousiana verifying my Conditions — In still Denied medications us well as my MS medication Copaxone. Nobody has listened to any of the Neurologists suggestions, They have even taken me off the Gabapentin (the only medication that has worked in the B.O.P.)

My M.S. has gotten gradualy & Progresively worse, My flare up's that had been Controled to maybe once a year, now they are happening Weekly, so It's Like one constant Relapse! My Optical Nerve burns Dayily & The Neuralgia is unbearable. The lack of Medication and Treatment has led to my Ailment's Blowing out of Proportion.

TO: CLERK OF THE COURT

THIS IS MY <u>ONLY</u> <u>COPY</u> OF THE

PAPER'S I HAVE AND THE ORIGINAL

COPY. I AM IN 24 HOUR LOCKDOWN

WITH <u>NO</u> WAY TO GET COPY'S MADE.

IF THIS IS RETURNED PLEASE MAKE

COPY'S SO I WILL HAVE THEM IF

YOU CAN. AS YOU CAN GUESS IT TOOK

A LONG TIME TO WRITE WITH A "FLEX PEN"

IN JHV AND I DON'T WANT TO LOSE IT

ALL. THIS WAS THE ONLY WAY I COULD

DO THIS COMPLAINT IN MY SITUATION

THANK YOU!!

David Curd




USPS TRACKING NUMBER

9500 1141 7611 7108 0364 13



U.S. POSTAGE
ADELANTO, CA
APR 16 17
$0.00
AMOUNT
R2305H1307B9-04



OFFICE OF THE CLERK OF COURT
U.S. COURTHOUSE
312 N. SPRING STREET
LOS ANGELES, CA 90012

DAVID CONRAD 18317-424
FEDERAL CORRECTIONAL INSTITUTION #2
PO BOX 3850
ADELANTO, CA 92301


RECEIVED
CLERK, U.S. DISTRICT COURT
APR 19 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



LEGAL
MAIL

APR 1 3 RECD

FEDERAL CORRECTIONAL COMPLEX

MAIL   LEGAL