O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID E. CONRAD et al., | No. ED CV 17-00770-JGB (DFM) |
|         Plaintiffs, | JUDGMENT |
|         v. | |
| JOHN DOE NO. 2 et al., | |
|         Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice for failure to prosecute.


Dated: __August 8, 2018__


JESUS G. BERNAL
United States District Judge